UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROBERT P. CARICO,

        Petitioner,

                              CASE NO. 09-10124

v.

                              PAUL D. BORMAN
JEFFREY WOODS,              UNITED STATES DISTRICT JUDGE

        Respondent.
_____/

## ORDER DENYING PETITIONER'S
## MOTION FOR IMMEDIATE CONSIDERATION

On January 12, 2009, petitioner Robert P. Carico filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254. The pleading challenges Petitioner's conviction and sentence of two to five years for being a felon in possession of a firearm. Petitioner contends that he was sentenced on the basis of inaccurate information and convictions for which he was not represented by counsel. On July 27, 2009, respondent Jeffrey Woods filed an answer to the petition, and on September 24, 2009, Petitioner filed a reply.

Currently pending before the Court is Petitioner's motion for immediate consideration of his habeas petition. Petitioner alleges that, if granted relief, his sentence will be reduced, and he will suffer less social stigma, prejudice, and discrimination.

The Court is unable to give immediate consideration to Petitioner's case due to older habeas petitions pending on its docket. Accordingly, Petitioner's motion for immediate consideration [Dkt. #12] is **DENIED**. The Court nevertheless will attempt to address the merits

of Petitioner's habeas claims within the next ninety days.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: October 7, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 7, 2010.

                                          s/Denise Goodine
                                          Case Manager